UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN JAVIER MATUTE PADILLA (A-242-169-368),<br>Petitioner,<br>v.<br>CHRISTOPHER CHESTNUT, et al.,<br>Respondents. | No. 1:26-cv-6664 TLN CSK<br><br>ORDER |

Petitioner is an immigration detainee, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On October 7, 2026, this Court recommended that the petition be granted and that respondents be ordered to provide petitioner with a bond hearing. (ECF No. 21.) On October 13, 2026, petitioner filed a motion for a thirty day extension of time to file objections to the findings and recommendations. (ECF No. 23.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for extension of time (ECF No. 23) is granted; petitioner is granted thirty days from the date of this order to file objections to the findings and recommendations filed October 7, 2026.

2. The Clerk of the Court is directed to serve this order on petitioner at his address of record and also at the following address: Martin Javier Matute Padilla, A-242-169-368,

California City Immigration Processing Center, P.O. Box 2513, 22844 Virgina Boulevard, California City, CA, 93505.

Dated: October 15, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Padi6664.imm.eot/2